UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**     'O'

| Case No. | 2:14-cv-00147-CAS(AJWx) | Date | July 18, 2014 |
|---|---|---|---|
| Title | URBAN TEXTILE, INC. V. DEB SHOPS SDW, LLC, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not Present     Not Present

**Proceedings:**     (**In Chambers:**) PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE DEADLINES FOR SUBMISSION OF BRIEFS RE: JURISDICTIONAL DISCOVERY (Dkt. #38, filed July 17, 2014)

     Plaintiff Urban Textile, Inc. filed this action on January 8, 2014, against defendants Deb Shops SDW, LLC ("Deb Shops LLC") and Deb Shops SD, Inc. (Deb Shops Inc."). Dkt. #2. The complaint asserts claims for copyright infringement and contributory copyright infringement. Id.

     On March 31, 2014, defendants filed a motion to quash service of process and dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(2), or, in the alternative, dismiss this action on the grounds of forum non conveniens. Dkt. #15. Thereafter, by order dated May 6, 2014, the Court found that it was appropriate for plaintiff to conduct jurisdictional discovery. Dkt. #26. Plaintiff's brief summarizing the results of this discovery is currently due no later than July 21, 2014, and defendants' response is due no later than July 28, 2014. Dkt. #32.

     On July 17, 2014, plaintiff filed an ex parte application to continue the deadlines for the parties to submit their briefs summarizing the results of jurisdictional discovery. Plaintiff seeks to continue the deadline for the submission of its brief until August 4, 2014, and the deadline for the submission of defendants' brief until August 11, 2014. Plaintiff states that a continuance is necessary because it is awaiting a ruling on an ex parte motion to compel defendants' discovery responses.

     The Court finds that plaintiff has not set forth good cause for a continuance because, by order dated July 18, 2014, plaintiff's ex parte motion to compel was denied by the Honorable Andrew J. Wistrich. Thus, plaintiff is no longer awaiting a ruling on its

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  'O'

| Case No. | 2:14-cv-00147-CAS(AJWx) | Date | July 18, 2014 |
|---|---|---|---|
| Title | URBAN TEXTILE, INC. V. DEB SHOPS SDW, LLC, ET AL. | | |

motion to compel. Accordingly, plaintiff's ex parte application to continue the briefing deadlines for submission of briefs regarding jurisdictional discovery is hereby DENIED.

IT IS SO ORDERED.

00 : 00

Initials of Preparer    CMJ