C. YONG JEONG, ESQ. (SBN 255244)
PAUL J. COHEN, ESQ. (SBN 293797)
DANIEL D. HOFFMAN, ESQ. (SBN 296794)
BETTY AN, ESQ. (SBN 297209)
JEONG & LIKENS, L.C.
1055 West 7th Street, Suite 2280
Los Angeles, CA 90017
Tel: 213-688-2001
Fax: 213-688-2002

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URBAN TEXTILE, INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>DEB SHOPS SDW, LLC, a Delaware Limited Liability Company; DEB SHOPS SD, INC., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case Number: 2:14-cv-00147–CAS(AJWx)<br><br>[~~PROPOSED~~] ORDER RE STIPULATION FOR DISMISSAL<br><br>Honorable Christina A. Snyder |

### [~~PROPOSED~~] ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any party.

Dated: November 3, 2014

*/s/ Christina A. Snyder*

The Honorable Christina A. Snyder
United States District Court Judge

1

STIPULATION FOR DISMISSAL